| | |
|---|---|
| **LAW OFFICE OF ANDREW M. LEAVITT, ESQ.**<br>Robert F. Purdy (NV Bar No. 6097)<br>633 South Seventh Street<br>Las Vegas, NV 89101<br>Telephone: (702) 382-2800<br>Facsimile: (702) 382-7438<br>Robert.purdy@andrewleavittlaw.com<br><br>Jonathan M. Shapiro<br>**AETON LAW PARTNERS LLP**<br>311 Centerpoint Drive<br>Middletown, Connecticut 06475<br>Telephone: (860) 724.2160<br>jms@aetonlaw.com | **FREED KANNER LONDON & MILLEN LLC**<br>Matthew W. Ruan (*pro hac vice* forthcoming)<br>Douglas A. Millen (*pro hac vice* forthcoming)<br>Michael E. Moskovitz (*pro hac vice* forthcoming)<br>Nia Barberousse Binns (*pro hac vice* forthcoming)<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>Telephone: (224) 632-4500<br>mruan@fklmlaw.com<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br>nbinns@fklmlaw.com |

[Additional counsel listed on signature page.]

*Attorneys for Plaintiffs in Courtmanche v. Permian Resources, Corp., et al.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN COURTMANCHE, LAURA J. FABER, PATRICIA MANCIERI, DAVID SILVER, and JOSSELYN'S GETAWAY LOG CABINS, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>Defendants. | Case No.: 2:24-cv-00198-JAD-MDC<br><br>**ORDER GRANTING MOTION FOR THE EXTENSION OF TIME TO FILE PRO HAC VICE APPLICATIONS/VERIFIED PETITIONS AND DESIGNATION OF LOCAL COUNSEL**<br><br>[ECF No. 21] |

1

Plaintiffs Brian Courtmanche, Laura J. Faber, Patricia Mancieri, David Silver, and Josselyn's Getaway Log Cabins LLC, individually and on behalf of all others similarly situated in *Courtmanche et al. v. Permian Resources Corp., et al.*, hereby request a thirty (30) day extension of the time for the following Plaintiffs' Counsel to file their *pro hac vice* applications/Verified Petitions and Designation of Local Counsel with the Court: Jonathan M. Shapiro, Matthew W. Ruan, Douglas A. Millen, Michael E. Moskovitz, Nia Barberousse Binns, Kimberly A. Justice, and Jonathan M. Jagher.

This request is in compliance with L.R. I.A. 6-1. This is the Plaintiffs' first request for an extension of time. Plaintiffs filed their complaint on January 29, 2024 (ECF No. 1). The deadline for Counsel to submit their completed *pro hac vice* applications/Verified Petitions and Designation of Local Counsel is February 12, 2024 (ECF Nos. 3-9). Plaintiffs' counsel are requesting this extension due to a delay in receiving Certificates of Good Standing from each of the courts in which the above attorneys is admitted, which were requested shortly after Plaintiffs' complaint was filed. Therefore, good cause exists for the requested extension. The requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

Dated: February 12, 2024

By: /s/ Robert F. Purdy
Robert F. Purdy (NV Bar No. 6097)
633 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-2800
Facsimile: (702) 382-7438
Robert.Purdy@andrewleavittlaw.com

*Local Counsel for Plaintiffs and the Proposed Classes*

Matthew W. Ruan
Douglas A. Millen
Michael E. Moskovitz
Nia-Imara Binns
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com

2

dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
nbinns@fklmlaw.com

Kimberly A. Justice
Jonathan M. Jagher
**FREED KANNER LONDON
& MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486
kjustice@fklmlaw.com
jjagher@fklmlaw.com

Jonathan M. Shapiro
**AETON LAW PARTNERS LLP**
311 Centerpoint Drive
Middletown, Connecticut 06475
Telephone: (860) 724-2160
jms@aetonlaw.com

*Counsel for Plaintiffs and the Proposed Classes*

## ORDER

IT IS HEREBY ORDERED that plaintiffs' motion for an extension of time to file verified petitions for permission to practice by their out-of-state attorneys **[ECF No. 21] is GRANTED.  Plaintiffs must file those petitions by March 13, 2024**.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 13, 2024

3