| | |
|---|---|
| **LAW OFFICE OF ANDREW M. LEAVITT, ESQ.**<br>Robert F. Purdy (NV Bar No. 6097)<br>633 South Seventh Street<br>Las Vegas, NV 89101<br>Telephone: (702) 382-2800<br>Facsimile: (702) 382-7438<br>Robert.purdy@andrewleavittlaw.com<br><br>Jonathan M. Shapiro<br>**AETON LAW PARTNERS LLP**<br>311 Centerpoint Drive<br>Middletown, Connecticut 06475<br>Telephone: (860) 724.2160<br>jms@aetonlaw.com | **FREED KANNER LONDON & MILLEN LLC**<br>Matthew W. Ruan (*pro hac vice* submitted)<br>Douglas A. Millen (*pro hac vice* submitted)<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>Telephone: (224) 632-4500<br>mruan@fklmlaw.com<br>dmillen@fklmlaw.com |

*Attorneys for Plaintiffs in Courtmanche v. Permian Resources, Corp., et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN COURTMANCHE, LAURA J. FABER, PATRICIA MANCIERI, DAVID SILVER, and JOSSELYN'S GETAWAY LOG CABINS, LLC, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>              Defendants. | Case No.: 2:24-cv-00198-JAD-MDC<br><br>**MOTION FOR THE EXTENSION OF TIME TO FILE PRO HAC VICE APPLICATION/VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL FOR COUNSEL JONATHAN M. SHAPIRO**<br><br>         **(Second Request)** |

1

Plaintiffs Brian Courtmanche, Laura J. Faber, Patricia Mancieri, David Silver, and Josselyn's Getaway Log Cabins LLC, individually and on behalf of all others similarly situated in *Courtmanche et al. v. Permian Resources Corp., et al.*, hereby request an additional thirty (30) day extension of the time for Plaintiffs' Counsel, Jonathan M. Shapiro, to file his Pro Hac Vice Application/Verified Petition and Designation of Local Counsel with the Court.

This request complies with L.R. I.A. 6-1. This is the Plaintiffs' second request for an extension of time for the filing of the Pro Hac Vice Application/Verified Petition and Designation of Local Counsel for counsel, Jonathan M. Shapiro. Plaintiffs filed their complaint on January 29, 2024 (ECF No. 1). The initial deadline for Counsel to submit their completed Pro Hac Vice Applications/Verified Petitions and Designation of Local Counsel was February 12, 2024 (ECF Nos. 3-9). On February 13, 2024, an extension was granted to March 13, 2024 for all Plaintiff's proposed local counsel to submit their Pro Hac Vice Applications/Verified Petitions and Designation of Local Counsel. (ECF No. 22). Plaintiffs' counsel, Matthew W. Ruan and Douglas A. Millen filed their Pro Hac Vice Applications/Verified Petitions and Designation of Local Counsel on March 13, 2024. (ECF No. 28 and 29). Plaintiffs will not be filing Pro Hac Vice Applications/Verified Petitions and Designation of Local Counsel for counsel: Michael E. Moskovitz, Nia Barberousse Binns, Kimberly A. Justice, and Jonathan M. Jagher, who were listed on the Plaintiff's complaint as "pro hac vice forthcoming." These four listed counsel will not be appearing in this action and are members of the same law firm as Matthew W. Ruan and Douglas A. Millen, who submitted their Pro Hac Vice Applications/Verified Petitions and Designation of Local Counsel on March 13, 2024. (ECF No. 28 and 29).

Plaintiffs' counsel, Jonathan M. Shapiro, is requesting this extension due to a delay in receiving his Certificate of Good Standing from the Connecticut Bar Association, which was requested shortly after Plaintiffs' complaint was filed. Therefore, good cause exists for the requested extension. The requested

//

//

extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

Dated: March 13, 2024

By: <u>/s/ Robert F. Purdy</u>
Robert F. Purdy (NV Bar No. 6097)
633 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-2800
Facsimile: (702) 382-7438
Robert.Purdy@andrewleavittlaw.com

*Local Counsel for Plaintiffs and the Proposed Classes*

Matthew W. Ruan
Douglas A. Millen
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com

Jonathan M. Shapiro
**AETON LAW PARTNERS LLP**
311 Centerpoint Drive
Middletown, Connecticut 06475
Telephone: (860) 724-2160
jms@aetonlaw.com

*Counsel for Plaintiffs and the Proposed Classes*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 14, 2024

3