| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL G. LIVERSIDGE (*pro hac vice*)<br>JAY P. SRINIVASAN (*pro hac vice*)<br>S. CHRISTOPHER WHITTAKER (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br>sliversidge@gibsondunn.com<br>jsrinivasan@gibsondunn.com<br>cwhittaker@gibsondunn.com | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (NV Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>Facsimile: 702.567.1568<br>wwa@h2law.com |

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
BORIS BERSHTEYN (*pro hac vice*)
KAREN HOFFMAN LENT (*pro hac vice*)
One Manhattan West
New York, NY 10001-8602
Telephone: 212.735.3000
Facsimile: 917.777.2000
boris.bershteyn@skadden.com
karen.lent@skadden.com

*Attorneys for Defendant*
PIONEER NATURAL RESOURCES COMPANY

[*Additional Attorneys Listed In Signature Block*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSENBAUM, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>                    Defendants. | CASE NO. 2:24-cv-00103-GMN-MDC<br><br>**STIPULATION AND ORDER TO SUSPEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINTS**<br><br>**(SECOND REQUEST)** |
| ANDREW CAPLEN INSTALLATIONS, LLC, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>                    Defendants. | CASE NO. 2:24-cv-00150-GMN-MDC |

| | |
|---|---|
| THESE PAWS WERE MADE FOR WALKIN' LLC, *et al.*, <br><br>                      Plaintiffs,<br><br>  v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>                      Defendants. | CASE NO. 2:24-cv-00164-GMN-MDC |
| JOHN MELLOR, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>  v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>                      Defendants. | CASE NO. 2:24-CV-00253-GMN-DJA |
| BARBARA AND PHILLIP MACDOWELL, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>  v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>                      Defendants. | CASE NO. 2:24-CV-00325-GMN-EJY |

Pursuant to Local Rules 7-1 and IA 6-1, Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron (the "*Rosenbaum* Plaintiffs"), Andrew Caplen Installations, LLC, and Edward Allegretti, D/B/A Alfred Auto Center (the "*Andrew Caplen* Plaintiffs"), These Paws Were Made For Walkin' LLC ("These Paws Were Made For Walkin'"), John Mellor, and Barbara and Phillip MacDowell (together, "Plaintiffs") and all Defendants in these actions, Permian Resources Corporation, Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, Pioneer Natural Resources Company (together, "Defendants")[1], by and through their respective counsel and pending the Court's approval, hereby stipulate as follows:

WHEREAS, the *Rosenbaum* Plaintiffs filed their Complaint against Defendants on January 12, 2024 (Case No. 2:24-cv-00103, ECF No. 1);

WHEREAS, the Court granted the stipulation filed by the *Rosenbaum* Plaintiffs and Defendants extending the deadline for Defendants to answer or otherwise respond to the *Rosenbaum* Complaint to April 8, 2024 on February 1, 2024 (Case No. 2:24-cv-00103, ECF No. 35);

WHEREAS, the *Andrew Caplen* Plaintiffs filed their Complaint against Defendants on January 22, 2024 (Case No. 2:24-cv-00150, ECF No. 1);

WHEREAS, the *Andrew Caplen* Plaintiffs served their Complaint on Defendants on January 30, 2024, and Defendants' current deadline to answer or otherwise respond to the *Andrew Caplen* complaint is February 20, 2024;

WHEREAS, These Paws Were Made For Walkin' filed its Complaint against Defendants on January 24, 2024 (Case No. 2:24-cv-00164, ECF No. 1);

WHEREAS, the Court consolidated the *Rosenbaum*, *Andrew Caplen*, and *These Paws Were Made For Walkin'* actions on January 29, 2024 (Case No. 2:24-cv-00103, ECF No. 31; Case No. 2:24-cv-00150, ECF No. 12; Case No. 2:24-cv-00164, ECF No. 8);

---

[1] By entering into this stipulation, none of the Defendants are waiving any of their potential defenses or arguments to this action, including but not limited to those related to personal jurisdiction and venue.

1  WHEREAS, John Mellor filed his Complaint against Defendants on February 6, 2024 (Case No. 2:24-cv-00253, ECF No. 1);

WHEREAS, on February 12, 2024, the *Mellor* action was assigned to this Court (Case No. 2:24-cv-00253, ECF No. 8)[2];

WHEREAS, Barbara and Phillip MacDowell filed their Complaint against Defendants on February 15, 2024 (Case No. 2:24-cv-00325, ECF No. 1);

WHEREAS, on February 15, 2024, the *MacDowell* action was assigned to this Court (Case No. 2:24-cv-00325, ECF No. 5);[3]

WHEREAS, the Court ordered the parties in *Rosenbaum*, *Andrew Caplen*, and *These Paws Were Made For Walkin'* to appear for a hearing on March 4 to discuss "whether venue is proper in Nevada and whether this Court may properly exercise personal jurisdiction over Defendants" (Case No. 2:24-cv-00103, ECF No. 34)[4];

WHEREAS, good cause exists to suspend Defendants' obligations to answer or otherwise respond to the *Rosenbaum*, *Andrew Caplen*, *These Paws Were Made For Walkin'*, *Mellor, and MacDowell* Complaints. *First*, the Court set a hearing for March 4, 2024 to consider "whether venue is proper in Nevada and whether this Court may properly exercise personal jurisdiction over the Defendants." Case No. 2:24-cv-00103, ECF No. 34. *Second*, additional time is required so that the parties and the Court may determine whether and which of the non-consolidated actions should be consolidated or coordinated with this action. *Third*, this is the second request related to

---

[2] A notice of related cases has been filed in *Mellor*, indicating that it is related to *Rosenbaum*, *Andrew Caplen*, and *These Paws Were Made For Walkin'*. Case No. 2:24-cv-00253, ECF No. 9. Notices of related cases have been filed as well as in *Courtmanche et al. v Permian Resources Corp. et al.*, No. 2:24-cv-00198 (ECF No. 10); *Olsen Santillo v. Permian Resources Corp. et al.*, Case No. 2:24-cv-00279 (ECF Nos. 4 and 5), and *Beaumont v. Permian Resources Corp. et al.*, Case No. 2:24-cv-00298 (ECF No. 2). Corresponding notices have been filed in this Court. *See* Notices of Related Cases in *Rosenbaum*, Case No. 2:24-cv-00103, ECF Nos. 23 (*Courtmanche*), 58 (*Mellor*), 92 (*Santillo*), 96 (*Beaumont*). The parties' position is that all of the actions noticed as related should be coordinated or consolidated with the previously consolidated cases *Rosenbaum*, *Andrew Caplen*, and *These Paws Were Made For Walkin'*.

[3] Plaintiffs anticipate imminently filing a notice of related case in *MacDowell et al v. Permian Resources Corp. f/k/a Centennial Resource Development, Inc.* et al., Case No. 2:24-cv-00325.

[4] The parties also believe that all parties in the *Mellor, Courtmanche*, *Santillo*, *Beaumont* and *MacDowell* actions should participate in the March 4, 2024 hearing.

the deadline for Defendants to respond to the *Rosenbaum* Complaint, this is the first request related to the deadline for Defendants to respond to the *Andrew Caplen*, *These Paws Were Made For Walkin*, *Mellor*, and *MacDowell* Complaints, and this request is not made for the purpose of delay.

NOW, THEREFORE, the parties have agreed, and respectfully submit for approval by the Court the following:

1. The current deadline of February 20, 2024 for Defendants to answer or otherwise respond to the *Andrew Caplen* Complaint is suspended.

2. The current deadline of April 8, 2024 for Defendants to answer or otherwise respond to the *Rosenbaum* Complaint is suspended.

3. Any obligations for Defendants to answer or otherwise respond to the *These Paws Were Made For Walkin'*, *Mellor*, or *MacDowell* Complaints that may arise from Defendants being served with the Complaints or waiving service shall be suspended.

4. If so directed at the March 4, 2024 hearing, the parties will submit a proposed schedule for answering or otherwise responding to the Complaints, including proposed briefing schedules for any motions to dismiss.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  February 16, 2024 | Dated:  February 16, 2024 |
| 2 | HOWARD & HOWARD ATTORNEYS PLLC | MORRIS, SULLIVAN & LEMKUL, LLP |
| 3 | W. WEST ALLEN (NV Bar No. 5566) | |
| 4 | By: _/s/ W. West Allen_ | By: _/s/ Christopher A. Turtzo_ |
| | | Christopher A. Turtzo; NV Bar No. 10253 |
| 5 |       W. West Allen | 3960 Howard Hughes Parkway, Suite 400 |
| | | Las Vegas, NV 89169 |
| 6 | GIBSON, DUNN & CRUTCHER LLP | Tel: (702) 405-8100 |
| | Samuel G. Liversidge (*pro hac vice*) | Fax: (702) 405-8101 |
| 7 | Jay P. Srinivasan (*pro hac vice*) | turtzo@morrissullivanlaw.com |
| | S. Christopher Whittaker (*pro hac vice*) | |
| 8 | | *Local Counsel for Rosenbaum Plaintiffs* |
| 9 | SKADDEN, ARPS, SLATE, MEAGHER &   FLOM LLP | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| 10 | Boris Bershteyn (*pro hac vice*) | Patrick J. Coughlin (*pro hac vice* pending) |
| | Karen Hoffman Lent (*pro hac*) | Carmen Medici (*pro hac vice*) |
| 11 | | Fatima Brizuela (*pro hac vice*) |
| | *Attorneys for Defendant* | Daniel J. Brockwell (*pro hac vice*) |
| 12 | PIONEER NATURAL RESOURCES   COMPANY | 600 W. Broadway, Suite 3300 |
| 13 | | San Diego, CA 92101 |
| | Dated:  February 16, 2024 | Tel: (619) 233-4565 |
| 14 | | pcoughlin@scott-scott.com |
| | | cmedici@scott-scott.com |
| 15 | By: _/s/ E. Leif Reid_ | fbrizuela@scott-scott.com |
| 16 | | dbrockwell@scott-scott.com |
| 17 | E. Leif Reid | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| | LEWIS ROCA LLP | |
| 18 | 3993 Howard Hughes Parkway, Suite 600 | Patrick McGahan (*pro hac vice*) |
| | Las Vegas , NV   89169 | Michael Srodoski (*pro hac vice*) |
| 19 | Tel: (775) 321-3415 | Isabella De Lisi (*pro hac vice*) |
| | lreid@lewisroca.com | 156 S Main Street |
| 20 | | P.O. Box 192 |
| 21 | Jeffrey L. Kessler (*pro hac vice*) | Colchester, CT 06415 |
| | Jeffrey J. Amato (*pro hac vice*) | Tel: (860) 537-5537 |
| 22 | WINSTON & STRAWN LLP | pmcgahan@scott-scott.com |
| | 200 Park Avenue | msrodoski@scott-scott.com |
| 23 | New York, New York 10166 | idelisi@scott-scott.com |
| | Tel: (212) 294-6700 | |
| 24 | jkessler@winston.com | |
| | jamato@winston.com | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| 25 | | |
| 26 | Thomas M. Melsheimer (*pro hac vice*) | Patrick Rodriguez (*pro hac vice* forthcoming) |
| | Thomas B. Walsh, IV (*pro hac vice*) | 230 Park Ave., 17th Floor |
| 27 | WINSTON & STRAWN LLP | New York, NY 11069 |
| | 2121 N. Pearl Street, Suite 900 | Tel: (212) 223-6444 |
| 28 | Dallas, TX 75201 | prodriguez@scott-scott.com |
| | Tel: (212) 294-6700 | |

| | | |
|---|---|---|
| 1 | tmelsheimer@winston.com | |
| 2 | twalsh@winston.com | *Counsel for Rosenbaum Plaintiffs* |
| 3 | *Attorneys for Defendant* | Dated: February 16, 2024 |
| 4 | DIAMONDBACK ENERGY, INC. | |
| 5 | Dated: February 16, 2024 | By: /s/ Robert T. Eglet |
| | | Robert T. Eglet; NV Bar No. 3402 |
| 6 | | Artemus W. Ham, IV; NV Bar No. 7001 |
| 7 | By: /s/ J. Colby Williams | Erica D. Entsminger; NV Bar No. 7432 |
| | J. Colby Williams, Esq. | EGLET ADAMS EGLET HAM & HENRIOD |
| 8 | CAMPBELL & WILLIAMS | 400 South Street, Suite 400 |
| 9 | J. COLBY WILLIAMS, ESQ. (5549) | Las Vegas, Nevada 89101 |
| | PHILIP R. ERWIN, ESQ. (11563) | Telephone: (702): 450-5400 |
| 10 | 710 South Seventh Street, Suite A | Facsimile: (702) 450-5451 |
| 11 | Las Vegas, Nevada 89101 | eservice@egletlaw.com |
| | Telephone: (702) 382-5222 | |
| 12 | jcw@cwlawlv.com | Brent W. Johnson (*pro hac vice* pending) |
| | pre@cwlawlv.com | Benjamin Brown (*pro hac vice*) |
| 13 | | Robert W. Cobbs (*pro hac vice*) |
| 14 | LATHAM & WATKINS LLP | Nina Jaffe-Geffner (*pro hac vice* pending) |
| | | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 15 | MARGUERITE M. SULLIVAN (*pro hac vice* pending) | 1100 New York Avenue NW, 5th Floor |
| 16 | JASON D. CRUISE (*pro hac vice* forthcoming) | Washington, DC 20005 |
| 17 | | Telephone: (202) 408-4600 |
| | 555 Eleventh Street, N.W., Suite 1000 | Facsimile: (202) 408-4699 |
| 18 | Washington, D.C. 20004 | bjohnson@cohenmilstein.com |
| | Telephone: (202) 637-2200 | bbrown@cohenmilstein.com |
| 19 | Marguerite.Sullivan@lw.com | rcobbs@cohenmilstein.com |
| 20 | Jason.Cruise@lw.com | njaffegeffner@cohenmilstein.com |
| 21 | LAWRENCE E. BUTERMAN (*pro hac vice* pending) | Michael Eisenkraft (*pro hac vice*) |
| | | Christopher Bateman (*pro hac vice*) |
| 22 | 1271 Avenue of the Americas | Aaron Marks (*pro hac vice*) |
| | New York, NY 10020 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 23 | Telephone: (212) 906-1200 | 88 Pine Street, 14th Floor |
| 24 | Lawrence.Buterman@lw.com | New York, New York 10005 |
| | | Telephone: (212) 883-7797 |
| 25 | | meisenkraft@cohenmilstein.com |
| | *Attorneys for Defendant* | cbateman@cohenmilstein.com |
| 26 | CHESAPEAKE ENERGY CORPORATION | amarks@cohenmilstein.com |
| 27 | Dated: February 16, 2024 | *Proposed Interim Counsel for Andrew Caplen Plaintiffs and the Proposed Class* |
| 28 | HOLLEY DRIGGS LTD | |
| | NICHOLAS J. SANTORO (NV Bar No. 532) | |

| | |
|---|---|
| 1  F. THOMAS EDWARDS (NV Bar No. 9549) | |
| 2 | Dated: February 16, 2024 |
| 3  By: /s/ Nicholas J. Santoro | |
|          Nicholas J. Santoro | By: /s/ Martin A. Muckleroy |

1   F. THOMAS EDWARDS (NV Bar No. 9549)

2

3   By: /s/ Nicholas J. Santoro
          Nicholas J. Santoro

4

5   WACHTELL, LIPTON, ROSEN & KATZ
    Kevin S. Schwartz (*pro hac vice*)
6   David A. Papirnik (*pro hac vice*)

7

8   *Attorneys for Defendant*
    HESS CORPORATION

9   Dated: February 16, 2024

10

11  By: /s/ Devora W. Allon
          Devora W. Allon

12

13  Devora W. Allon (*pro hac vice* forthcoming)
    KIRKLAND & ELLIS LLP
14  601 Lexington Avenue
    New York, NY 10022
15  devora.allon@kirkland.com
    Telephone: 212-446-5967
16  Facsimile: 212-446-4900

17

18  Jeffrey J. Zeiger (*pro hac vice* forthcoming)
    KIRKLAND & ELLIS LLP
19  300 North LaSalle
    Chicago, IL 60654
20  jzeiger@kirkland.com
    Telephone: 312-862-3237
21  Facsimile: 312-862-2200

22
    Akhil K. Gola (*pro hac vice* forthcoming)
23  KIRKLAND & ELLIS LLP
    1301 Pennsylvania Avenue, N.W.
24  Washington, D.C. 20004
    akhil.gola@kirkland.com
25  Telephone: 202-389-3256
    Facsimile: 202-389-5200
26

27  *Attorneys for Defendant*
    OCCIDENTAL PETROLEUM
28  CORPORATION

---

Dated: February 16, 2024

By: /s/ Martin A. Muckleroy
Martin A. Muckleroy
MUCKLEROY LUNT, LLC
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Phone (702) 907-0097
Fax (702) 938-4065
martin@muckleroylunt.com

Brian D. Clark (*pro hac vice*)
Rebecca A. Peterson (*pro hac vice*)
Stephen J. Teti (*pro hac vice*)
Arielle S. Wagner (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com

*Proposed Interim Lead Counsel for Plaintiff These Paws Were Made For Walkin' and the Proposed Classes*

Dated: February 16, 2024

By: /s/ Jennifer A. Fornetti
MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN ESQ. (NBN 14716)
THE BOURASSA LAW GROUP
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: mbourassa@blgwins.com
jfornetti@blgwins.com

| | | |
|---|---|---|
|1| Dated:  February 16, 2024 | vchristian@blgwins.com |
|2| | STUART G. GROSS (*Pro Hac Vice to Be Filed*) |
|3| By: */s/ Christopher E. Ondeck* | TRAVIS H. SMITH (*Pro Hac Vice to Be Filed*) |
|4|       Christopher E. Ondeck | |

PROSKAUER ROSE LLP
CHRISTOPHER E. ONDECK (*pro hac vice* forthcoming)
STEPHEN R. CHUK (*pro hac vice* forthcoming)
1001 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
TELEPHONE: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

KYLE A. CASAZZA (*pro hac vice* forthcoming)
2029 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CA 90067-3010
TELEPHONE: (310) 284-5677
kcasazza@proskauer.com

WHITTEN BURRAGE
MICHAEL BURRAGE (*pro hac vice* forthcoming)
512 NORTH BROADWAY AVENUE, STE 300
OKLAHOMA CITY, OK 73102
TELEPHONE: (888) 783-0351
mburrage@whittenburragelaw.com

*Attorneys for Defendant*
CONTINENTAL RESOURCES, INC.

Dated:  February 16, 2024

McDONALD CARANO LLP
KRISTEN T. GALLAGHER (NV Bar No. 9561)

By: */s/ Kristen t. Gallagher*
      Kristen T. Gallagher
2300 West Sahara Ave., Suite 1200

GROSS KLEIN PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688
sgross@grosskleinlaw.com
tsmith@grosskleinlaw.com

TODD M. SCHNEIDER (*Pro Hac Vice to Be Filed*)
MATTHEW S. WEILER (*Pro Hac Vice to Be Filed*)
SCHNEIDER WALLACE COTTRELL KONECKY, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

*Attorneys for Plaintiff John Mellor and the Proposed Classes*


Dated:  February 16, 2024

By: */s/ Matthew T. Dushoff*

MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
mdushoff@nvbusinesslaw.com

1  Las Vegas, NV 89102
   kgallagher@mcdonaldcarano.com

   VINSON & ELKINS LLP
   Michael W. Scarborough (*pro hac vice*)
   Dylan I. Ballard (*pro hac vice*)
   555 Mission Street, Suite 2000
   San Francisco, CA 94105
   Telephone: (415) 979–6900
   Facsimile: (415) 651-8786
   mscarborough@velaw.com
   dballard@velaw.com

   Craig P. Seebald (*pro hac vice*)
   Adam L. Hudes (*pro hac vice forthcoming*)
   Stephen M. Medlock (*pro hac vice pending*)
   2200 Pennsylvania Avenue NW
   Suite 500 West
   Washington, DC 20037
   Telephone: (202) 639-6500
   Facsimile: (202) 639-6604
   cseebald@velaw.com
   ahudes@velaw.com
   smedlock@velaw.com

   *Attorneys for Defendant*
   *PERMIAN RESOURCES CORPORATION*


   Dated:  February 16, 2024

   PISANELLI BICE PLLC

   By: */s/ James J. Pisanelli*
   James J. Pisanelli, Esq., #4027
   Debra L. Spinelli, Esq., #9695
   400 South 7th Street, Suite 300
   Las Vegas, Nevada 89101

   John M. Taladay (*pro hac vice* pending)
   Christopher Wilson (*pro hac vice* pending)
   Kelsey Paine (*pro hac vice* pending)
   Megan Tankel (*pro hac vice* pending)
   BAKER BOTTS L.L.P.
   700 K Street N.W.
   Washington, D.C. 20001-5692
   Phone (202) 639-7909

   wgonzales@nvbusinesslaw.com

   William G. Caldes (*pro hac vice forthcoming*)
   Jeffrey L. Spector (*pro hac vice forthcoming*)
   Diana J. Zinser (*pro hac vice forthcoming*)
   SPECTOR ROSEMAN & KODROFF, P.C.
   2001 Market Street, Suite 3420
   Philadelphia, PA 19103
   Tel: (215) 496-0300
   Fax: (215) 466-6611
   bcaldes@srkattorneys.com
   jspector@srkattorneys.com
   dzinser@srkattorneys.com

   Garrett D. Blanchfield (*pro hac vice forthcoming*)
   Roberta A. Yard (*pro hac vice forthcoming*)
   REINHARDT WENDORF & BLANCHFIELD
   332 Minnesota Street, Suite W1050
   St. Paul, MN 55101
   Tel: (651) 287-2100
   g.blanchfield@rwblawfirm.com
   r.yard@rwblawfirm.com

   David P. McLafferty (*pro hac vice forthcoming*)
   MCLAFFERTY LAW FIRM, P.C.
   923 Fayette Street
   Conshohocken, PA 19428
   Tel: (610) 940-4000
   dmclafferty@mclaffertylaw.com

   *Counsel for MacDowell Plaintiffs and the Proposed Classes*

1  Fax (202) 639-1165
2  john.taladay@bakerbotts.com
   christopher.wilson@bakerbotts.com
3  kelsey.paine@bakerbotts.com
   megan.tankel@bakerbotts.com
4
   *Counsel for Defendant*
5  *EOG RESOURCES, INC.*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated:  4-4-24